# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1060
_____

KOKOMO KEY PROPERTIES, INC.
d/b/a SWAMP CAR WASHES,

    Appellant,

    v.

LONETTA CARTER, as Personal
Representative of the ESTATE OF
BOBBY HOPKINS,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

October 24, 2025

PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas E. Athanas of Carlton Fields, Atlanta, Georgia, and Peter D. Webster of Carlton Fields, Tallahassee; Gary D. Vasquez and Esteban F. Scornik of Vasquez & Tosko, LLP, Orlando; Justin M. Luna of Latham, Luna, Eden & Beaudine, LLP, Orlando, for Appellant.

Douglas J. McCarron and James C. Blecke of The Haggard Law Firm, P.A., Coral Gables; Bryan S. Gowdy and Nicholas P. McNamara of Creed & Gowdy, P.A., Jacksonville, for Appellee.